No. ——. Original. *Ex parte:* IN THE MATTER OF ELBERT R. ROBINSON, PETITIONER. Submitted April 28,

1916. Decided May 8, 1916. Motion for leave to file petition denied. *Mr. George W. Ellis* for the petitioner.